THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZACKARIAH JEREMIAH BENNETT,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY JAIL HEALTH SERVICES DEPARTMENT, et al.,<br><br>Defendants. | CASE NO. C12-1931-JCC-JPD<br><br>ORDER |

The Court, having reviewed Plaintiff's amended complaint and motions for injunctive relief, the briefing of both parties, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motions (Dkt. Nos. 10, 19, and 20) are DENIED.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable James P. Donohue.

//
//
//
//

ORDER
PAGE - 1

DATED this 12th day of March 2013.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2